## 2135. POPE v. PETERSON.

**HILL, C. J.** 1. Where the consideration expressed in a promissory note is "value received," the maker, when sued thereon by the payee, can plead, and prove by parol, the consideration of the note, and the total or partial failure thereof. Civil Code, § 5204; *Pitts* v. *Allen*, 72 *Ga.* 69; *Pidcock* v. *Crouch*, ante, 299 (66 S. E. 971).

2. The evidence supports the verdict.    *Judgment affirmed.*

Complaint; from city court of Tifton—Judge Eve. August 2, 1909.

Submitted December 7, 1909.—Decided February 10, 1910.

*C. E. Parrish,* for plaintiff.

*R. S. Foy, R. D. Smith,* for defendant.

---

## 2180. COHN & COMPANY v. BROWN.

**POWELL, J.** 1. The court erred in sustaining the demurrer to the petition. A contract by which one party agrees to buy and another party agrees to sell the output of the latter's sawmill during a named year, estimated at a certain designated quantity, is not unilateral or too indefinite for enforcement. *Oak City Cooperage Co.* v. *Kennedy Stave Co.*, 4 *Ga. App.* 344 (61 S. E. 499); *McCaw Mfg. Co.* v. *Felder*, 115 *Ga.* 408 (41 S. E. 664).

2. Though the plaintiff may not be entitled to the full amount claimed in his petition, this does not authorize the court to sustain a general demurrer.
         *Judgment reversed.*

Action on contract; from city court of Bainbridge—Judge Harrell. September 22, 1909.

Submitted December 8, 1909.—Decided February 10, 1910.

*T. S. Hawes, A. H. Russell,* for plaintiffs.

*R. G. Hartsfield,* for defendant.